1004

[No. 7138-0-II. Division Two. October 21, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
P. McDERMOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83-1-00039-1, Don L. McCulloch, J., entered March 28, 1983. *Reversed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 5711-9-III. Division Three. October 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNIE W.
MICHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-1-00748-1, John J. Ripple, J., entered February 18, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6487-5-III. Division Three. October 24, 1985.]

CORRUGATED METALS, INC., *Appellant,* v. ST. PAUL
FIRE & MARINE INSURANCE CO., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-2-04681-5, William G. Luscher, J., entered April 19, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.